ACCEPTED
03-15-00141-CV
4714304
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 3:19:41 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00141-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 3:19:41 PM
JEFFREY D. KYLE
Clerk

**JOHN GREEN,**
Appellant,

v.

**MEMORIAL PARK MEDICAL CENTER, INC.**
Appellee.

## FROM THE 126TH JUDICIAL DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS
## TRIAL COURT CAUSE NO. D-1-GN-14-000373

## APPELLANT'S RESPONSE TO APPELLEE'S MOTION TO DISMISS
## APPEAL FOR LACK OF JURISDICTION

Robert E. Reich
SBN 16741300
309 N. Fisk
Brownwood, Texas 76801
Telephone: 325-643-1569
Facsimile: 325-643-3105

**ATTORNEY FOR APPELLANT**

Appellant asks the Court to deny Appellee's motion to dismiss the appeal or affirm the trial court's judgment.

## A. Introduction

1. Appellant is John Green, appellee is Memorial Park Medical Center, Inc.

## B. Argument & Authorities

2. Although the Court has the authority under Texas Rule of Appellate Procedure 42.3(a) to dismiss an appeal for lack of jurisdiction, this is not a case in which the Court should do so.

## C. Procedural History

3. Appellee, Memorial Park Medical Center, Inc. filed its petition in the Travis County District Court seeking to invalidate a mechanic's and materialman's lien filed in the Deed Records of Brown County to remove the cloud from the title to its real property in Brown County, Texas and to enjoin the enforcement of a final judgment of the 35th Judicial District Court of Brown County, Texas involving the same mechanics and materialman's lien or subject matter and the same parties in Cause No. CV0904121. Appellee also sought affirmative relief for actual damage, exemplary damage for violation of a statute, attorney fees and costs.

Appellant, John Green, asked the court for affirmative relief by filing a Motion to Dismiss For Lack of Jurisdiction and a Motion for Sanctions for Appellee's filing of a frivolous lawsuit and TRCP 13 violations. Appellant also filed a Motion to Transfer Venue to which CPRC 65.023, 15.011 and 15.013 are applicable.

At the show-cause hearing for a temporary injunction, February 2, 2014, Appellant presented evidence to support his Motion to Dismiss For Lack of Jurisdiction by introducing into evidence the final judgment of the 35th Judicial District Court of Brown County, Texas in Cause No. CV0904121 and the Mandate of the 11th Court of Appeals affirming the judgment as modified through the sworn testimony of William Ruth, attorney for Appellee. The Trial Court

extended the temporary restraining order and set a show-cause hearing for March 4, 2014. Judge Charles Ramsey presided over the March 4, 2014 hearing.

4. The Court should deny Appellee's motion to dismiss for lack of jurisdiction because the order relied on by the Appellee is void on its face for failure to comply with TRCP 683 and contained a clerical error granting a permanent injunction when a temporary was granted by the Trial Court. The Trial Court pronounced "the injunction is extended" and made the docket sheet entry "order extending TRO granted" at the show cause hearing on the temporary injunction March 4, 2014. Appellee filed an Amended Petition April 14, 2014 and Appellant filed a Motion for Summary Judgment July 16, 2014.

The real issue in this appeal is the legal basis for the Travis County District Court to enter an order, at a show-cause hearing on a temporary injunction, without a trial on the merits or even any evidence being presented, that in its broadest sense could be construed as invalidating or effectively removing an encumbrance on real property in Brown County, Texas, the validity and enforceability of which had been established by a final judgment of the 35th District Court of Brown County and affirmed as modified by the 11th Court of Appeals. Also additional issues raised by Appellee, as plaintiff, in its pleadings remained unresolved until a non-suit was taken on the trial date of February 2, 2015. The Trial Court then prepared and entered an Order of Dismissal referencing the permanent injunction and dismissing the case, leaving to anyone's guess the legal rights of the parties as a result of these proceedings when the Court denied Green's Motion to Clarify March 2, 2015.

## D. Conclusion

Appellant has filed notice of an appeal involving the order signed March 13, 2014 and other points of error. The appellate record is being prepared and Appellant asks the Court to take the motion with the case and set all issues for oral argument when the appeal is heard.

## E. Prayer

For these reasons, Appellant asks the Court to deny Appellee's motion and continue with this appeal.

Respectfully submitted,
ROBERT E. REICH
309 N. Fisk Ave.
Brownwood, TX 76801
Tel. (325) 643-1569
Fax. (325) 643-3105

_____
Robert E. Reich
Texas Bar No. 16741300
Email: rereich@harrisbb.com
Attorney for Appellant
John Green

## CERTIFICATE OF SERVICE

I certify that on _March 31_, 2015 a true and correct copy of Appellant's Response to Appellee's Motion to Dismiss for Lack of Jurisdiction was served by fax on Frederick F. Hoelke (210)787-3881.

_____
Robert E. Reich